IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY B. CLOYS,
Husband,

      Appellant,

v.

PAMELA RENEE CLOYS, Wife,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5395

_____/

Opinion filed January 4, 2017.

An appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Corrine A. Bylund, Jacksonville, for Appellant.

William S. Graessle and Jonathan W. Graessle of William S. Graessle, P.A., Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., ROWE, and WINOKUR, JJ., CONCUR.